■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HOLLAND, Appellant. [777 NYS2d 916]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 2, 2004 (*People v Holland,* 4 AD3d 375 [2004]), affirming a judgment of the County Court, Suffolk County, rendered April 24, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Altman, J.P., Krausman, Crane and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK HUNT, Appellant. [777 NYS2d 762]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered May 30, 2002, convicting him of robbery in the third degree and criminal contempt in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Santucci, J.P., H. Miller, Luciano, Crane and Spolzino, JJ., concur.